USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Anderson Ross,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 3090. The Government is hereby ORDERED to respond to Defendant's motion for compassionate release by December 1, 2020. Defendant's reply is due by December 8, 2020.

SO ORDERED.

Dated: November 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge