UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/22
```

United States of America,

–v–

Anderson Ross,

               Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Defense is hereby ORDERED to submit a status update as to Defendant Ross's medical condition on or before **January 27, 2022**. The Government is ORDERED to file a response to this status update on or before **February 3, 2022**.

      SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                                    ALISON J. NATHAN
                                           United States District Judge