# CARLA SANDERSON

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22  
NEW YORK, NEW YORK 10016  
carla@carlasandersonlaw.com

T 646.499.3818  
F 646.499.3814  
carlasandersonlaw.com

January 25, 2022

The Honorable Alison J. Nathan  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22
```

Re:   *United States v. Anderson Ross*  
      1:15-cr-00095-AJN

Dear Judge Nathan,

      I represent Anderson Ross in a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). On January 24, 2022, the Court set a schedule for the defense to provide an update as to Mr. Ross's medical condition on or before January 27, 2022 and the government a response on or before February 3, 2022. Counsel has a legal call scheduled with Mr. Ross for the earliest date that the prison offered: February 2, 2022. Accordingly, in order to speak to Mr. Ross prior to updating the Court as to his status, counsel requests an additional week for both parties to respond so that the defense letter would be due February 3, 2022, and the government response due February 10, 2022. The government (by AUSA Feinstein) consents to this request. I thank the Court for its time and consideration.

SO ORDERED.

*/s/ Alison J. Nathan*  
1/25/22

Very truly yours,

/s

Carla Sanderson