UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/22

United States,

—v—

Anderson Ross,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On November 18, 2020, Mr. Ross filed a motion seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Dkt. No. 3090.  In a Memorandum Opinion & Order temporarily filed under seal in order to allow the parties to propose redactions to private medical information, the Court DENIES Mr. Ross's motion.  The Court will send the temporarily sealed opinion to the parties.  By April 8, 2022, the parties are ORDERED to confer and submit any proposed redactions to private medical information via email.

SO ORDERED.

Dated: March 25, 2022
        New York, New York

_____
ALISON J. NATHAN
United States District Judge