UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/22
```

United States,

–v–

Anderson Ross,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court is in receipt of the Defendant's proposed redactions to this Court's March 25, 2022, Memorandum Opinion & Order. The Court approves the proposed redactions because they are narrowly tailored to protect the Defendant's private medical information. The Court will file a redacted copy of the Memorandum Opinion & Order on the docket and file an unredacted copy under seal.

SO ORDERED.

Dated: April 4, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation